

08-CV-01103-CMP

1   **KEITH D. KARNES** , WSBA #35000
    kkarnes@olsendaines.com
2   Olsen, Olsen & Daines
    1599 State St.
3   Salem, OR  97309-0829
    Telephone (503) 362-9393
4   Facsimile (503) 362-1375



FILED
LODGED
RECEIVED

JUL 21 2008

5   Attorneys for Plaintiff

6                                                          AT SEATTLE
                                            CLERK U.S. DISTRICT COURT
7                                           WESTERN DISTRICT OF WASHINGTON
                                            BY                    DEPUTY

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE WESTERN DISTRICT OF WASHINGTON

10                        AT SEATTLE

11  CAROLYN KENNEY,              Case No: **C 08-1103** RAJ

12                  Plaintiff,

13      v.                       COMPLAINT FOR VIOLATIONS OF
                                 FAIR CREDIT REPORTING ACT, and
14  EXPERIAN INFORMATION         FAIR DEBT COLLECTION
    SOLUTIONS, INC., TRANS UNION, PRACTICES ACT, and CONSUMER
15  LLC., ASSOCIATED CREDIT      PROTECTION ACT, and
    SERVICES, INC, and THE       DEFAMATION, and INVASION OF
16  CORVALLIS CLINIC, P.C.,      PRIVACY

16                               DEMAND FOR JURY TRIAL

17                  Defendants.

18  _____

19                        JURISDICTION

20      1.    Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15

21  U.S.C. §1692k(d), and pursuant to 28 U.S.C. § 1367 for supplemental state law claims.

22                        INTRODUCTION

23      2.    Plaintiff Carolyn Kenney ("Kenney") has suffered economic harm

24  and mental anguish resulting from defendants repeated violations of various federal and state

25  laws.

26      3.    Defendants, in an attempt to collect and report a debt Kenney does not owe, have

27  negligently and maliciously damaged Kenney's reputation and credit, making it difficult to

28  obtain insurance and impossible to refinance her home, among other injuries.

1 COMPLAINT

Olsen, Olsen & Daines, LLC
PO Box 12829
Salem, OR 97309-0829
Telephone (503) 362-9393
Facsimile (503) 362-1375

1

2                                    PARTIES

3        4.    Plaintiff, Carolyn Kenney, is a natural person who resides in the City of

4   Lynnwood, State of Washington, and is a "consumer" as that term is defined by 15 U.S.C. §

5   1681a(c).

6        5.    Defendants Experian Information Solutions Inc. ("Experian") and Trans Union,

7   LLC ("Trans Union") are consumer reporting agencies as defined by 15 U.S.C. § 1681a(f).

8        6.    Defendant Associated Credit Services, Inc. ("Associated Credit") is a debt

9   collector as defined under 15 U.S.C. § 1692a(6) and a furnisher of credit information.

10        7.    Defendant The Corvallis Clinic, P.C. ("Corvallis Clinic") is an Oregon

11   corporation doing business in the state of Oregon.

12                        COMMON FACTUAL ALLEGATIONS

13        8.    Plaintiff visited Defendant Corvallis Clinic once and paid for the services that

14   she received.   Corvallis Clinic then treated another patient, and posted those charges to

15   Plaintiff's account.  The wrongly posted debt was then sold, assigned, or otherwise transferred

16   to Defendant, Associated Credit, who started reporting the account to the national credit bureaus

17   without notifying the Plaintiff that the debt was owed.  Plaintiff first discovered the collection

18   when she attempted to refinance her condominium.  Plaintiff was denied credit on several

19   occasions because Defendants refusal to correct the information being reported by the

20   Defendants. Defendants Experian and Trans Union repeatedly claimed to verified this false

21   information from Associated Credit.

22        9.    In 2006 and 2007, Experian and Trans Union reported false and derogatory

23   information regarding Kenney in her credit reports.

24        10.    Kenney repeatedly disputed the accuracy of the false and derogatory information

25   in her credit reports.

26        11.    Experian and Trans Union continued to report false information regarding

27   plaintiff.

28        12. On information and belief, Experian and Trans Union failed to follow reasonable

2 COMPLAINT

Olsen, Olsen & Daines, LLC
PO Box 12829
Salem. OR 97309-0829
Telephone (503) 362-9393
Facsimile (503) 362-1375

1    procedures to assure the maximum possible accuracy of information reported by Experian and

2    Trans Union relating to Kenney, including but not limited to reporting false credit information

3    in Kenney's credit reports.

4          13.     On information and belief, Experian and Trans Union failed to comply with the

5    reinvestigation requirements of the Fair Credit Reporting Act, including but not limited to

6    failing to consider all relevant information Experian and Trans Union received from Kenney,

7    failing to provide all relevant information Experian and Trans Union received from Kenney to

8    Associated Credit, and failing to delete information which was incorrect, incomplete, or which

9    could not be verified.

10         14.     In 2006 and 2007, Associated Credit reported false information regarding

11   Kenney to one or more national credit reporting agencies.

12         15.     Associated Credit reported false information to the national credit reporting

13   agencies, including but not limited to false account balances, false late payments, and/or false

14   status codes.

15         16.     Associated Credit failed to update the information it reported to the national

16   credit reporting agencies to show the account in dispute was not owed by the Kenney.

17         17.     Upon information and belief, Experian and Trans Union communicated

18   plaintiff's disputes to Associated Credit.

19         18.     Associated Credit failed to conduct a reasonable reinvestigation of the disputed

20   account information, resulting in the false and derogatory information continuing to be reported

21   in plaintiff's credit reports.

22                                    TRIAL BY JURY

23         19.     Plaintiff is entitled to and hereby respectfully demands a trial by jury. US Const.

24   amend. 7. Fed. R. Civ. Pro. 38.

25                                  CAUSES OF ACTION

26                                       COUNT I.

27                  VIOLATIONS OF THE FAIR CREDIT REPORTING ACT

28

3 COMPLAINT

Olsen, Olsen & Daines, LLC
PO Box 12829
Salem, OR 97309-0829
Telephone (503) 362-9393
Facsimile (503) 362-1375

1    15 U.S.C. § 1681 *et seq.*

2    20.    Plaintiff incorporates by reference all of the above paragraphs of this Complaint as

3    though fully stated herein.

4    21.    Experian and Trans Union negligently and willfully failed to comply with the

5    requirements imposed under the FCRA, including but not limited to failing to follow reasonable

6    procedures to assure maximum possible accuracy of the information in consumer reports, as

7    required by 15 U.S.C. § 1681e(b); and, failing to comply with the reinvestigation requirements in

8    15 U.S.C. § 1681i.

9    22.    Associated Credit negligently and willfully failed to comply with the requirements

10    imposed under the FCRA, including but not limited to reporting information with actual knowledge

11    of errors, as prohibited by 15 U.S.C. § 1681s-2(a)(1)(A); and, reporting information after notice and

12    confirmation of errors, as prohibited by 15 U.S.C. § 1681s-2(a)(1)(B).

13    23.    As a result of defendants' violations of the FCRA, plaintiff has suffered and

14    continues to suffer damages, including denials of credit, lost opportunity to receive credit, damage

15    to reputation, worry, distress, frustration, embarrassment, invasion of privacy, humiliation, and

16    other damages in an amount to be determined by the jury, pursuant to 15 U.S.C. § 1681o(a)(1).

17    24.    Plaintiff is entitled to punitive damages against each and every defendant in an

18    amount to be determined by the Court, pursuant to 15 U.S.C. § 1681n(a)(2).

19    25.    Plaintiff is entitled to the costs of the action and reasonable attorney's fees against

20    each and every defendant as determined by the court, pursuant to 15 U.S.C. § 1681o(a)(2).

21    COUNT II.

22    VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

23    15 U.S.C. § 1692 *et seq.*

24    (Associated Credit)

25    26.    Plaintiff incorporates by reference all of the above paragraphs of this Complaint

26    as though fully stated herein.

27    27.    The foregoing acts and omissions of Associated Credit constitute numerous and

28    multiple violations of the FDCPA including, but not limited to, 15 U.S.C. § 1692d, 1692e,

4 COMPLAINT

Olsen, Olsen & Daines, LLC
PO Box 12829
Salem, OR 97309-0829
Telephone (503) 362-9393
Facsimile (503) 362-1375

1   1692e(2), 1692e(4), 1692e(5), 1692e(10), and 1692f(1).

2       28.    As a result of Associated Credit's violations of the FDCPA, plaintiff is entitled to

3   actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount up to

4   $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorney's fees and costs

5   pursuant to 15 U.S.C. § 1692k(a)(3).

6                                    COUNT III.

7                          CONSUMER PROTECTION ACT

8                              RCW 19.86 *et seq.*

9                   (Associated Credit and the Corvallis Clinic)

10      29.    Plaintiff incorporates by reference all of the above paragraphs of this Complaint

11  as though fully stated herein.

12      30.    Associated Credit and the Corvallis Clinic engaged in unfair and deceptive

13  businesses, which constitutes a violation of RCW 19.86.020.

14      31.    As a result of Associated Credit and the Corvallis Clinic's unfair and deceptive

15  business practices, plaintiff is entitled the reasonable attorney's fees and treble damages not to

16  exceed $10,000, pursuant to RCW 19.86.090.

17                                   COUNT IV.

18                                  DEFAMATION

19                                (Corvallis Clinic)

20      32.    Plaintiff incorporates by reference all of the above paragraphs of this Complaint

21  as though fully stated herein.

22      33.    Corvallis Clinic publically, maliciously, and falsely defamed plaintiff, causing

23  injury to plaintiff.

24      34.    As a result of Corvallis Clinic's defamation, plaintiff has suffered and continues

25  to suffer damages, including denials of credit, lost opportunity to receive credit, damage to

26  reputation, worry, distress, frustration, embarrassment, invasion of privacy, humiliation, and

27  other damages in an amount to be determined by the jury.

28

5 COMPLAINT

Olsen, Olsen & Daines, LLC
PO Box 12829
Salem, OR 97309-0829
Telephone (503) 362-9393
Facsimile (503) 362-1375

1        COUNT V.

2        INVASION OF PRIVACY

3        (Corvallis Clinic)

4        35.    Plaintiff incorporates by reference all of the above paragraphs of this Complaint

5    as though fully stated herein.

6        36.    Corvallis Clinic placed plaintiff in a false light and intentionally intruded into the

7    private affairs of plaintiff by publishing false information concerning the plaintiff.

8        37.    As a result of Corvallis Clinic's invasion of plaintiff's privacy, plaintiff has

9    suffered and continues to suffer damages, including denials of credit, lost opportunity to receive

10   credit, damage to reputation, worry, distress, frustration, embarrassment, invasion of privacy,

11   humiliation, and other damages in an amount to be determined by the jury.

12        PRAYER FOR RELIEF

13   WHEREFORE, Plaintiff prays that judgment be entered against defendants for:

14        COUNT I.

15   VIOLATIONS OF THE FAIR CREDIT REPORTING ACT

16   15 U.S.C. § 1681 *et seq.*

17   for an award of actual damages to be determined by the jury, pursuant to 15 U.S.C. §

18   1681o(a)(1), against each and every defendant;

19   for an award of punitive damages in an amount to be determined by the Court, pursuant

20   to 15 U.S.C. § 1681n(a)(2), against each and every defendant;

21   for an award of costs of litigation and reasonable attorney's fees, pursuant to 15 U.S.C. §

22   1681o(a)(2), against each and every defendant;

23        COUNT II.

24   VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

25   15 U.S.C. § 1692 *et seq.*

26   (Associated Credit)

27   for an award of actual damages to be determined by the jury, pursuant to 15 U.S.C. §

28

6 COMPLAINT

Olsen, Olsen & Daines, LLC
PO Box 12829
Salem, OR 97309-0829
Telephone (503) 362-9393
Facsimile (503) 362-1375

1    1692k(a)(1), against Associated Credit;

2         for an award of statutory damages of up to $1,000.00 as the Court may allow, pursuant

3    to 15 U.S.C. §1692k(a)(2)(A), against Associated Credit;

4         for an award of costs of litigation and reasonable attorney's fees as determined by the

5    Court, pursuant to 15 U.S.C. § 1692k(a)(3), against Associated Credit;

6    COUNT III.

7    CONSUMER PROTECTION ACT

8    RCW 19.86 *et seq.*

9    (Associated Credit and Corvallis Clinic)

10         for an order enjoining Associated Credit and Corvallis Clinic from further violations of

11    the Consumer Protection Act;

12         for an award of actual damages, pursuant to RCW 19.86.090, against Associated Credit

13    and Corvallis Clinic;

14         for an award of the costs of the suit including a reasonable attorney's fee, pursuant to

15    RCW 19.86.090, against Associated Credit and Corvallis Clinic;

16         for an award of treble damages not to exceed $10,000, pursuant to RCW 19.86.090,

17    against Associated Credit and Corvallis Clinic, to be determined by the Court;

18    COUNT IV.

19    DEFAMATION

20    (Corvallis Clinic)

21         for an award of actual damages in an amount to be determined by the jury, against

22    Corvallis Clinic;

23         for an award of costs of litigation and reasonable attorney's fees to be determined by the

24    Court, against Corvallis Clinic;

25         for an award of punitive damages in an amount to be determined by the jury; against

26    Corvallis Clinic;

27    COUNT V.

28

7 COMPLAINT

Olsen, Olsen & Daines, LLC
PO Box 12829
Salem, OR 97309-0829
Telephone (503) 362-9393
Facsimile (503) 362-1375

1    INVASION OF PRIVACY

2    (Corvallis Clinic)

3         for an award of actual damages in an amount to be determined by the jury, against

4    Corvallis Clinic;

5         for an award of costs of litigation and reasonable attorney's fees to be determined by the

6    Court, against Corvallis Clinic;

7         for an award of punitive damages in an amount to be determined by the jury; against

8    Corvallis Clinic;

9

10        DATED: July 2, 2008

11

12

13

14    **KEITH D. KARNES** , WSB No.35000
      kkarnes@olsendaines.com
15    Olsen, Olsen & Daines
      1599 State St.
16    Salem, OR 97309-0829
      Telephone (503) 362-9393
      Facsimile (503) 362-1375
17
      Attorneys for Plaintiff
18

19

20

21

22

23

24

25

26

27

28

8 COMPLAINT

Olsen, Olsen & Daines, LLC
PO Box 12829
Salem, OR 97309-0829
Telephone (503) 362-9393
Facsimile (503) 362-1375