HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROLYN KENNEY,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

    Defendants.

CASE NO. C08-1103RAJ

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

Counsel for Plaintiff and Defendant The Corvallis Clinic, P.C., have notified the court that they have resolved their dispute and that the court need not decide their pending summary judgment motion (Dkt. # 26). The court accordingly directs the clerk to TERMINATE that motion.

All Defendants who have appeared in this action have now resolved their dispute with Plaintiff, leaving only Plaintiff's claims against Associated Credit Services, Inc. ("ACS"). ACS has been served but has not appeared or otherwise defended itself in this action. Accordingly, the court directs the clerk to VACATE the trial date and all pending pretrial deadlines in this matter.

//

//

MINUTE ORDER – 1

No later than October 16, 2009, Plaintiff shall either move for default against ACS or shall file a pleading explaining why she has not moved for default.

Filed and entered this 21st day of September, 2009.

                                            BRUCE RIFKIN, Clerk

                                                s/Consuelo Ledesma

By

                                                   Deputy Clerk

MINUTE ORDER – 2