Stephen A. Bernheim
Attorney at Law
512 Bell Street
Edmonds, WA 98020-3147
(425) 712-8318

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| CAROLYN KENNY, | ) | NO. C08-1103-RAJ |
| | ) | |
| Plaintiff, | ) | DECLARATION OF HARUMI |
| | ) | TUCKER TOLBERT |
| v. | ) | |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, | ) | |
| INC.; TRANS UNION LLC; ASSOCIATED | ) | |
| CREDIT SERVICES, INC.; and THE | ) | |
| CORVALLIS CLINIC, P.C., | ) | |
| | ) | |
| Defendants, | ) | |

HARUMI TUCKER TOLBERT, under penalty of perjury under the laws of the state of Washington, declares and states as follows:

I am Regulatory Program Manager for the Washington State Department of Licensing, Master License Service, responsible for the Collection Agency licensing and make this declaration on my personal knowledge and based on review of the official records of the Master License Service, of which I am a custodian.

DECLARATION OF HARUMI
TUCKER TOLBERT
0910-36 ss

STEPHEN A. BERNHEIM
ATTORNEY AT LAW
512 Bell Street
Edmonds, Washington 98020
(425) 712-8318
Fax (425) 712-8418
e-mail:steve@stevebernheim.com

-1-

The following are two separate, fully licensed collection agencies in Washington State.

1. Associated Credit Service, Incorporated, UBI Number 600 019 846 with licensed locations at 12815 East Sprague Avenue, #200, Spokane Valley, WA 99216 and 7631 212th Street S.E. #105B, Edmonds, WA. Our office record is attached.

2. Associated Credit Services, Inc. dba Associated Credit Services of Massachusetts, Inc., UBI Number 602 011 767 with licensed locations at 512 Bell Street, Edmonds, WA 98020-3147 and 105 South Street #B, Hopkinton, MA 01748. Our office record is attached.

3. Also attached is a true and correct copy of the report of findings and actions taken by the Washington State Collection Agency Board regarding Associated Credit Service, Incorporated, UBI Number 600 019 846 (July 2009).

EXECUTED at Olympia, Washington this 12th day of November, 2009.

_____
Harumi Tucker Tolbert

DECLARATION OF HARUMI TUCKER TOLBERT
0910-36 ss

-2-

STEPHEN A. BERNHEIM
ATTORNEY AT LAW
512 Bell Street
Edmonds, Washington 98020
(425) 712-8318
Fax (425) 712-8418
e-mail:steve@stevebernheim.com



**STATE OF WASHINGTON**

PO Box 9034 • Olympia, WA 98507-9034 • (360) 664-1400

# MASTER LICENSE SERVICE

## REGISTRATIONS AND LICENSES

Domestic Profit Corporation

ASSOCIATED CREDIT SERVICE, INCORPORATED
7631 212ST ST NE # 105B
EDMONDS WA 98026

UNEMPLOYMENT INSURANCE
INDUSTRIAL INSURANCE

Unified Business ID #: 600 019 846
Business ID #: 1
Location: 2
Expires: 10-31-2010

COLLECTION AGENCY BRANCH
TAX REGISTRATION

COPY

The licensee named above has been issued the business registrations or licenses listed. By accepting this document the licensee certifies the information provided on the application for these licenses was complete, true, and accurate to the best of his or her knowledge, and that business will be conducted in compliance with all applicable Washington state, county, and city regulations.

*Elizabeth A. Luce*
Director, Department of Licensing



**STATE OF WASHINGTON**

MASTER LICENSE SERVICE
PO Box 9034 • Olympia, WA 98507-9034 • (360) 664-1400

# REGISTRATIONS AND LICENSES

Domestic Profit Corporation

ASSOCIATED CREDIT SERVICE, INCORPORATED
ASSOCIATED CREDIT SERVICE, INC.
12815 E SPRAGUE AVE # 200
SPOKANE VALLEY WA 99216

Unified Business ID #: 600 019 846
Business ID #: 1
Location: 1
Expires: 10-31-2010

UNEMPLOYMENT INSURANCE
INDUSTRIAL INSURANCE

COLLECTION AGENCY
TAX REGISTRATION

COPY

The licensee named above has been issued the business registrations or licenses listed. By accepting this document the licensee certifies the information provided on the application for these licenses was complete, true, and accurate to the best of his or her knowledge, and that business will be conducted in compliance with all applicable Washington state, county, and city regulations.

Elizabeth A. Luce
Director, Department of Licensing



**REGISTRATIONS AND LICENSES**

PO Box 9034 • Olympia, WA 98507-9034 • (360) 664-1400

Foreign Profit Corporation

ASSOCIATED CREDIT SERVICES, INC. DBA ASSOCIATED CREDIT
SERVICES OF MASSACHUSETTS, INC.
105 SOUTH ST # B
HOPKINTON MA 01748

Unified Business ID #: 602 011 767
Business ID #: 1
Location: 2
Expires: 01-31-2010

OUT-OF-STATE COLLECTION AGENCY          TAX REGISTRATION

COPY

The licensee named above has been issued the business registrations or licenses listed. By accepting this document the licensee certifies the information provided on the application for these licenses was complete, true, and accurate to the best of his or her knowledge, and that business will be conducted in compliance with all applicable Washington state, county, and city regulations.

Elizabeth A. Luce

Director, Department of Licensing



**STATE OF WASHINGTON**
**DEPARTMENT OF LICENSING**
PO Box 9020 • Olympia, Washington 98507-9020

RECEIVED
JUL 21 2009
COLLECTION AND EMPLOYMENT AGENCIES

July 21, 2009

Eric M. Solberg, President
Associated Credit Service, Incorporated
12815 E Sprague Ave #200
Spokane Valley WA 99216

Re:   Case No. 2007-02-0902-00COL

Dear Mr. Solberg:

The Stipulated Findings of Fact, Conclusions of Law and Agreed Order (Agreed Order), setting forth the settlement terms that you agreed to, was accepted by the Board and signed by the Board chair on July 21, 2009, which is the effective date of the Agreed Order.

Under the terms of the Agreed Order you are required to comply with the following:

- You and your agents will not commit violations of RCW 19.16.250(18) and will not attempt to collect an amount that is not authorized by statute.
- You will notify the department of all future judgments that arise out of any of the practices prohibited by RCW 19.16.250 or of any grounds set forth in RCW 19.16.120.
- You will take corrective measures to ensure that judgments are not obtained against persons that are not legally responsible for debt.
- You agree to pay a fine in the amount of $5000 to be remitted in five equal payments of $1000.
- You agree to remit a cashier's check or money order due upon execution of the order. You further agree to mail each additional payment in adequate time to be received by the Board no later than the 15th of each month beginning August 15, 2009.

Failure to comply with the above terms by the dates indicated may result in the Board initiating further disciplinary action against your license.

If you have any questions related to this matter, you can contact Harumi Tolbert at (360) 664-1389.

Sincerely,

Shanan Gillespie

Shanan Gillespie
Clerk
Collection Agency Board

cc:   Paul Wasson, Attorney
      Martha Lantz, AAG
      Marc Worthy, AAG
      Harumi Tolbert, Program Manager

Enclosure

RECEIVED
JUL 21 2009
COLLECTION AND
EMPLOYMENT AGENCIES

I, Harumi Tolbert certify that I mailed a copy of this document, postage prepaid, to all parties or their counsel of record. I certify under penalty of perjury, under the laws of the State of Washington, that the foregoing is true and correct.

Dated: 7·21·09 at Olympia, WA.

By: Shanan Gillespie

# STATE OF WASHINGTON
# DEPARTMENT OF LICENSING
# BUSINESS AND PROFESSIONS DIVISION

| | |
|---|---|
| In the Matter of the Collection Agency License of: <br><br> Associated Credit Service, Incorporated <br><br> Respondent. | NO. 2007-02-0902-00COL <br><br> STIPULATED FINDINGS OF FACT, CONCLUSIONS OF LAW AND AGREED ORDER |

COMES NOW the Washington State Collection Agency Board, appearing by and through its attorneys, ROB MCKENNA, Attorney General, and MARC WORTHY, Assistant Attorney General, and Respondent ASSOCIATED CREDIT SERVICE, INCORPORATED, and agree to the following:

## I. PROCEDURAL STIPULATIONS

1.1 Associated Credit Service, Incorporated (hereinafter Respondent) was licensed as a collection agency on December 22, 1971 and has been so licensed since that time. Respondent has been licensed as a collection agency at all times material hereto under collection agency license number 600-019-846-001-0001.

1.2 The Statement of Charges alleges that Respondent violated RCW 19.16.250(12)(18), RCW 19.16.120(4)(h), RCW 18.235.130(4), (8) and (12) and WAC 308-29-050(1). Said violations constitute grounds for the revocation or denial of Respondent's collection agency license and/or assessed administrative sanctions and/or monetary penalties.

RECEIVED
JUL 21 2009
COLLECTION AND
EMPLOYMENT AGENCIES

1.3   Respondent understands that the State is prepared to proceed to a hearing on the allegations in the Statement of Charges.

1.4   Respondent understands that it has the right to defend itself against the allegations in the Statement of Charges by presenting evidence at a hearing before the Board.

1.5   Respondent understands that, should the State prove at a hearing the allegations in the Statement of Charges, the Board has the power and authority to impose disciplinary sanctions, including civil fines, pursuant to RCW 18.235.110(1) and RCW 19.16.120(4)(g).

1.7   Respondent and the Board agree to expedite the resolution of this matter by means of this Stipulated Findings of Fact, Conclusions of Law, and Agreed Order (Agreed Order).

1.8   Respondent waives the opportunity for a hearing on the Statement of Charges contingent upon signature and acceptance of this Agreed Order by the Board.

1.9   This Agreed Order is not binding on either party unless and until it is signed and accepted by the Board.

1.10   Should this Agreed Order be rejected, Respondent waives any objection to the participation at hearing of all or some of the Board members who heard the Agreed Order presentation.

## II. STIPULATED FACTS

The State and Respondent stipulate to the following facts:

2.1   On February 5, 2007 the Department received a formal complaint from Ernest A. Allen. The complainant alleges that Respondent knowingly filed a lawsuit against him and obtained a default judgment for a debt Respondent knew Mr. Allen was not responsible for. Also he alleges he was never properly served with court documents regarding the lawsuit. Complainant also provided a copy of an Order Partially Granting

Plaintiff's Motion for Partial Summary Judgment against Respondent in which the order stated that Respondent had violated the federal Fair Debt Collection Practices Act, 15 U.S.C. 1692f(1). Respondent never notified the department of this judgment.

2.2   On April 6, 2007, Regulatory Program Manager Harumi Tolbert sent a letter to Respondent requesting a written response to the allegations in the Allen complaint and also requested a list of documents regarding the collection account by April 20, 2007.

2.3   The response letter received from Respondent admitted they had made an error when they added Complainant's name to the account and obtained a judgment against him. The collection account notes dated February 2, 2004 indicated that Complainant's name had been added to the account because a collector found property located at 5864 B Jergens Road in Nine Mile Falls, WA that was owned by Sandra and Ernest Allen. The account notes further showed that Respondent was notified on April 29, 2004 by their client, Holy Family Hospital, that the account might be a problem to collect because the patient (Christopher Allen) was 18 years old and that he was covered on Sandra Allen's insurance. The account notes also stated that the account was relisted under Christopher's name on June 18, 2004

2.4   The information received from Respondent indicated that Respondent obtained a default judgment against Sandra Allen and Ernest Allen as husband and wife and their marital community on August 10, 2004.

### III. CONCLUSIONS OF LAW

The State and Respondent agree to the entry of the following Conclusions of Law:

3.1   The Board has jurisdiction over Respondent and over the subject matter of this proceeding.

3.2   The conduct alleged in paragraphs 2.1 and 2.4 constitute unprofessional conduct and is a violation of RCW 19.16.250(18) and RCW 19.16.120(4)(h) which are grounds for disciplinary action, including revocation, suspension, or refusal to renew Respondent's collection agency license, and/or the imposition of a civil monetary penalty under RCW 18.235.110(1).

3.3   The conduct alleged in paragraph 2.1 constitutes unprofessional conduct and is a violation of WAC 308-29-050(1) which is grounds for disciplinary action, including revocation, suspension, or refusal to renew Respondent's collection agency license, and/or the imposition of a civil monetary penalty under RCW 18.235.110(1).

3.4   The conduct alleged in paragraph 2.1 constitutes unprofessional conduct and is a violation of RCW 18.235.130(8) which is grounds for disciplinary action, including revocation, suspension, or refusal to renew Respondent's collection agency license, and/or the imposition of a civil monetary penalty under RCW 18.235.110(1).

3.5   The conduct alleged in paragraphs 2.3 and 2.4 constitute unprofessional conduct and is a violation of RCW 18.235.130(4) and (12) which is grounds for disciplinary action, including revocation, suspension, or refusal to renew Respondent's collection agency license, and/or the imposition of a civil monetary penalty under RCW 18.235.110(1).

## IV. AGREED ORDER

Based on the preceding Stipulated Facts and Conclusions of Law, the Respondent agrees to entry of the following order:

4.1   Respondent and its agents will not commit violations of RCW 19.16.250(18), and will not attempt to collect an amount that is not authorized by statute.

4.2   Respondent will notify the department of all future judgments that arise out of any of the practices prohibited by RCW 19.16.250 or of any grounds set forth in RCW 19.16.120.

RECEIVED
JUL 21 2009
COLLECTION AND
EMPLOYMENT AGENCIES

4.3   Respondent will take corrective measures to ensure that judgments are not obtained against persons that are not legally responsible for the debt. Respondent will provide the Board with information of those corrective measures to be remitted with this Agreed Order. Respondent has taken appropriate action causing the judgment referred to in paragraph 2.1 to be lifted.

4.4   Respondent agrees to pay an administrative fine in the amount of Five Thousand U.S. Dollars ($5,000.00) to be remitted in five equal payments of One Thousand ($1,000.00) U.S. Dollars.

4.5   Respondent agrees to remit a cashier's check or money order made out to the "Washington State Treasurer", due upon execution of this Order. Respondent further agrees to mail each additional payment in adequate time to be received by the Board no later than the 15th day of each month beginning August 15th 2009. Each payment shall be mailed to:

> Department of Licensing
> Collection Agency Board
> P.O. Box 1098
> Olympia, WA 98507-1098

4.6   Respondent shall be responsible for any and all costs, fees, expenses and tax consequences incurred by Respondent in complying with this Agreed Order.

4.7   Respondent understands that failure to comply fully with the terms of this Agreed Order shall result in the immediate suspension of its collection agency license without further action from the Board.

4.8   The undersigned certifies (a) that he or she has read this Stipulated Findings of Fact, Conclusions of Law and Agreed Order in its entirety; (b) that counsel, if any, has fully explained the legal significance and consequences of it; (c) that he or she fully understands and agrees to the entirety of it; (d) that this Agreed Order may be presented

to the Board without Respondent's appearance; and (e) that he or she has authority to sign this Agreed Order on behalf of the Respondent.

Associated Credit Service, Incorporated:

By: _____
PAUL WASSON, WSBA # 5854
Attorney for Associated Credit Service

Date: _____

RECEIVED
JUL 21 2009
COLLECTION AND
EMPLOYMENT AGENCIES

## V. ORDER

IT IS HEREBY ORDERED that the foregoing terms and conditions are accepted and ratified by the Collection Agency Board this 21 day of July, 2009.

_____
ROBERT F. FULLER, Chairman

Presented by:

_____
MARC WORTHY, WSBA # 29750
Assistant Attorney General